IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

Ricky H. Pierce,            )
   Plaintiff, Pro Se   )
                     )  CASE NO. 1:20 CV 1090
                     )
    -vs-            )  JUDGE  JUDGE POLSTER
                     )
Dave Yost, Ohio attorney General )
   Defendant     )

FILED MAY 19 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Now comes the plaintiff, Ricky H. Pierce, P.O. Box 503, Middlefield OH. 44062, resident of Geauga county in the Northern district Federal court of Ohio, with a complaint against the State of Ohio, defendant Dave Yost, attorney general of Ohio, based in Columbus Ohio, with the following points of complaint:

1. I was charged with GSI in 2012 in Geauga county common pleas court, case# 12c000012 Under now retired Judge Forrest Burt. Part of this judgement held a post release control That caused constitutional laws to be broken by State officials, and a cause of double Jeopardy.

2. I was held twice by the Ohio Parole board, once on or about Feb. of 2019, and again on or About Dec. 2nd of 2019 without any bond being offered. If this was an arrest, I should have Been given bond, of which I was not given.

3. During these arrests and being held by the Ohio Adult Parole authority in a county jail, no Officer of the law or state official that held me, DID NOT mirandize me in either circumstance In other words, I was arrested, held without bond and not mirandized in two circumstances where the Ohio Parole Authority officers did place me in Geauga county jail and Lake

-2-

County Jail. Neither Geauga county officers, nor Lake county officers, nor State of Ohio Officials mirandized me.

4. If under arrest and being held, I was not charged with a state statute of any kind, instead I was being held by Defacto laws made up by the local Ohio parole authority, basically rules of theirs that placed me in prison, without the opportunity of bond, or being mirandized.

## SUMMARY AND STATEMENT OF RELIEF

In summary, I was arrested under defacto laws made up by the Ohio Parole Authority, held without bail, and not read my Miranda rights by law enforcement of any kind twice, with the latest being December 2nd, 2019 and released on or around March 24th, 2020.

The following remedy and or relief is respectfully requested:

1. seeking remedy by and way of termination of P.R.C. portion of Geauga county case 12c000012 GSI case in 2012 Geauga county court of common pleas under retired Judge Forrest Burt.
2. The assignment of effective assistance of counsel by the Supreme court of Ohio Justice to Petitioner to ensure proper procedure in this matter.

Date: _____             Signature _____

Ricky H. Pierce
PO Box 503
Middlefield Ohio 44062

**FROM:**

Ricky Pierce
P.O. Box 503
Middlefield OH. 44062




7019 0700 0000 8346 7752

**TO:**

Carl B. Stokes US. Courthouse
801 West Superior Ave
Cleveland OH 44113

ATT: NEW Complaint